IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
2017 SEP 21  A 11: 24
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA,     )
                              )     1:17CR216-LO
            Plaintiff,        )
                              )
v.                            )     DOCKET NO: 1:17PO2275
                              )                  6588632
Abderrahmane Hidara           )
                              )
            Defendant.        )

## NOTICE OF APPEAL

Pursuant to Rule 58(g) of the Rules of Criminal Procedure, Defendant appeals the 09/21/17 (Date) decision, order, judgement, or sentence of the magistrate judge.

The reasons for appeal are as follows:

I didn't flow that car on front of me closely.

(Attach additional page if necessary)

Signature: Abehidara
Print Name: Abderrahmane Hidara
Address: 3240 Apex cir
City, State, Zip Code: Falls church, VA 22044

202 855 3992

Date: 09/21/17
Alexandria, Virginia